JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMINA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>Defendant. | Case No.  CV 15-01092-RSWL-RAO<br><br><br>JUDGMENT OF REMAND |

In accordance with the Order Remanding Case to Commissioner Pursuant to Stipulation to Remand ("Order") filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that this matter is hereby remanded to the Commissioner for further proceedings consistent with the Order.

DATED:    3/31/2016         s/ RONALD S.W. LEW
                            RONALD S.W. LEW
                            UNITED STATES DISTRICT JUDGE