ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone:  (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Guillermina Rodriguez

FILED
CLERK, U.S. DISTRICT COURT

06/27/16

CENTRAL DISTRICT OF CALIFORNIA
BY: ____GR____ DEPUTY

| | |
|---|---|
| GUILLERMINA RODRIGUEZ, | )CASE NO. CV-15-01092-RSWL(RAO) |
| Plaintiff, | ) ORDER |
| v. | ) AWARDING ATTORNEY'S |
| | ) FEES PURSUANT |
| | ) TO THE EQUAL ACCESS TO |
| | ) JUSTICE ACT |
| CAROLYN W. COLVIN, ACTING | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of Fees under the Equal

Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded

attorney fees under the Equal Access to Justice Act in the amount of FOUR-

THOUSAND SIX HUNDRED DOLLARS and NO CENTS ($4,600.00),  as

authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: June 27, 2016

UNITED STATES MAGISTRATE JUDGE